IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MOHAMED ABDALLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:12-cv-973-GBL-JFA |
| ) | |
| BLUE SKY TRAVEL ) | |
| AND TOURS, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL PRETRIAL ORDER

This matter is before the Court on the final pretrial conference. **IT IS HEREBY ORDERED** that this matter is set for **a two-day non-jury trial** beginning on **June 17, 2013**.

**IT IS FURTHER ORDERED**:

I. **Pretrial Filings**

A. All exhibit lists and witness lists are to be electronically filed and submitted to chambers;

B. <u>Voir Dire</u>. The judge will conduct the questioning. Each party should electronically file and submit proposed questions as set forth in the local rules no later than **June 7, 2013 at 5:00 p.m.** The parties should submit two courtesy copies of any proposed questions submitted directly to Chambers. Any additional questions that may arise after submission of any proposed questions should be submitted directly to Chambers prior to the commencement of voir dire;

## II. Jury Instructions

A. A jury instruction conference will be conducted before closing arguments. The purpose of the jury instruction conference is to determine which instructions will be given to the jury;

B. To prepare for the jury instruction conference, the parties must meet and confer. Parties should review their proposed jury instructions based on the evidence or course of proceedings at trial and determine which instructions are agreed upon and which are disputed;

C. The parties shall electronically file and submit to chambers **one joint set of agreed upon jury instructions** by **June 7, 2013 at 5:00 p.m.** The parties must submit two hard copies (one with citations and one without) and one email that contains the two files (one with citations and one without) in MS Word format. The instructions submitted should be the full verbatim instructions that the parties would like read to the jury. An illustrative copy of a sample jury instruction is attached to this Order;

D. The parties shall also electronically file and submit to chambers submit **disputed jury instructions and a verdict form** by **June 7, 2013 at 5:00 p.m.** Each party must submit their own hard copies and emails that contain the files (one with citations and one without) in MS Word format. For identification purposes, the plaintiff should letter his or her set of disputed instructions and the defendant should number his or her set of disputed instructions. A brief statement of objections or argument in support of the instruction should be appended to each disputed instruction;

E. During the jury instruction conference, the Court will hear brief argument from both sides on any disputed instructions and decide what instruction will be given. The Court will decide whether to give an instruction and how the instruction will be worded. Before

or during the conference, the parties may withdraw previously proposed instructions as necessary;

F. Before instructing the jury, the Court will provide all parties with a copy of the jury instructions that will be used so that the parties may follow the reading in court. The Court will provide several copies of the jury instructions for the jury's use during deliberations;

### III. Technology in Court

A. <u>Laptop Computers</u>. Counsel is permitted to use laptop computers in the courtroom during trial. Please submit to my law clerk, Charles Austin (charles_austin@vaed.uscourts.gov), a joint proposed order regarding the electronics you would like permission to bring into the courthouse;

B. <u>Document Display System</u>. If Counsel desires to use the document display/video system, please contact the Clerk's Office to request that the system be set up prior to trial. Counsel must arrange with the Clerk's Office to be trained on the document camera, the system used to display exhibits, before trial begins. No documents should be placed on the system, which have not been shown to opposing counsel and admitted into evidence by the Court; and

### IV. Court Hours

A. The Court will sit Monday to Tuesday, from 10:00 a.m. until 5:00 p.m. The lunch recess will be from 1:00 to 2:00 p.m.

**IT IS SO ORDERED.**

ENTERED this 5th day of April, 2013.

Alexandria, Virginia
4/5/2013

/s/
Gerald Bruce Lee
United States District Judge

JURY INSTRUCTION NO. _____

Stipulations

The plaintiff and the defendant have entered into stipulations as to certain facts. A stipulation is an agreement among the parties that a certain fact is true. You should therefore treat those facts as true as having been proved.

(Adapted from 1 Sand, Siffert, Loughlin, Reiss, Modern Federal Jury Instructions, Section 5.02, Instruction 5-6).)

## JURY INSTRUCTION NO. ____

The plaintiff and the defendant have entered into stipulations as to certain facts. A stipulation is an agreement among the parties that a certain fact is true. You should therefore treat those facts as true as having been proved.